WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM. 

(No. 74-CC-703—)

NATHAN & CLEMENTENE BROWN, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed August 8, 1974.*

NATHAN AND CLEMENTENE BROWN, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-710—)

THOMAS SCHMIDT, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed August 8, 1974.*

THOMAS SCHMIDT, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.